UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ENDURANCE AMERICAN SPECIALTY,
INSURANCE COMPANY,                        :      09 Civ. 1595 (WHP)

              Plaintiff,            :      ORDER

     -against-                             :

FAIRMONT INSURANCE BROKERS, LTD and        :
NICO ASPHALT PAVING, INC.,
                                    :
             Defendants.
----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09
```

WILLIAM H. PAULEY III, District Judge:

        By consent of the parties, Second-Third-Party Defendant ACSTAR Insurance Company's time to respond to the Cross-Claims asserted by Second-Third-Party Defendant Fairmont Insurance Brokers, Ltd. in its Answers to Second-Third-Party-Complaint is hereby extended to September 25, 2009.

Dated: September 15, 2009
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

-2-

*Counsel of record:*

Richard P. Byrne, Esq.
L'Abbate, Balkan, Colavita & Contini LLP
1001 Franklin Avenue
Garden City, New York 11530
*Counsel for Plaintiff*

Jordan Sklar, Esq.
Babchik & Young, LLP
200 East Post Road
White Plains, New York 10601
*Counsel for Fairmont*

Patrick Walsh Brophy, Esq.
McMahon, Martine & Gallagher, LLP
55 Washington Street, 7th Floor
Brooklyn, NY 11291
*Counsel for Nico*

Sari Gabay-Rafiy, Esq.
Gabay-Rafiy & Bowler LLP
299 Broadway Suite 706
New York, NY 10007
*Counsel for Third-Party Defendant Brooks*

Jeffrey S. Ettenger, Esq.
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797
*Counsel for Third-Party Defendant Ardan*

Jeffrey Bruce Gold
Gold, Stewart, Kravatz, Benes, & Stone, LLP
1025 Old Country Road, Ste. 301
Westbury, NY 11590
*Counsel for Third-Party Defendant ACSTAR*

Jack Babchik
Babchik & Young LLP
200 East Post Road
White Plains, NY 10601
*Counsel for Third-Party Defendant Fairmont*